February 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

FLEX REALTY, L.P., FLEX INVESTMENTS, L.P., Appellants

NO. 14-11-00788-CV                    V.

JANICE LYN CASEY, SUCCESSOR INDEPENDENT EXECUTOR OF THE ESTATE
OF KATHERINE A. JACOBSON, DECEASED, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 25, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.